THE PEOPLE OF THE STATE OF NEW YORK ex rel. BARISH FOX POLEY v. JOSEPH WARREN, Police Commissioner of the City of New York, and Others.— Motion to

dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.